■ PAUL SIEMUCHA, Respondent, v ROBERT D. GARRISON et al., Appellants. (Appeal No. 2.) [974 NYS2d 861]—Appeal from an order of the Supreme Court, Niagara County (Catherine R. Nugent Panepinto, J.), entered June 6, 2012. The order denied the motion of defendants to set aside a jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Centra, J.P., Fahey, Carni, Sconiers and Valentino, JJ.